| | |
|---|---|
| Evan A. Raynes (SBN 164447) | Michael K. Friedland (SBN 157,217) |
| eraynes@symbus.com | mfriedland@knobbe.com |
| Symbus Law Group, LLC | Ali S. Razai (SBN 246,922) |
| 1425 K Street, N.W., Suite 350 | ali.razai@knobbe.com |
| Washington, D.C. 20005 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Phone: 202-258-0652 | 2040 Main Street, Fourteenth Floor |
| Fax: 540-518-9037 | Irvine, CA 92614 |
| | Telephone: (949) 760-0404 |
| Counsel for Plaintiff | Facsimile: (949) 760-9502 |
| PACIFIC CARDIOLOGY CONSULTANTS LLC | |
| | Attorneys for Defendant |
| | PACIFIC CARDIOVASCULAR ASSOCIATES MEDICAL GROUP, INC. |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Pacific Cardiology Consultants LLC, | Civil Action No. 8:12-cv-01906-CJC-RNB |
| Plaintiff/Counterdefendant, | |
| v. | **JOINT MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| Pacific Cardiovascular Associates Medical Group, Inc., | |
| Defendant/Counterclaimant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterdefendant Pacific Cardiology Consultants LLC and Defendant/Counterclaimant Pacific Cardiovascular Associates Medical Group, Inc. (collectively, "the Parties"), acting through their respective counsel of record, hereby stipulate to the dismissal without prejudice of all claims, counterclaims, and defenses in this action.

This Joint Motion is submitted pursuant to a Settlement Agreement between the Parties. The Parties have agreed that the United States District Court for the Central District of California shall have exclusive jurisdiction over any action for breach of the parties' settlement agreement or to enforce the agreement. The Parties have also agreed to bear their own costs, expenses, and attorney fees.

**IT IS SO STIPULATED.**

Dated:   September 20, 2013                  Respectfully submitted,

 /s/ Evan A. Raynes (with permission)
Evan A. Raynes
Symbus Law Group, LLC
1425 K Street, N.W., Suite 350
Washington, D.C.  20005
Phone:  202-258-0652
Fax:  540-518-9037
eraynes@symbus.com

Counsel for Plaintiff
PACIFIC CARDIOLOGY CONSULTANTS LLC

| | |
|---|---|
| Dated: September 20, 2013 | Respectfully submitted,<br><br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br><br>By: */s/ Ali S. Razai*<br>    Michael K. Friedland<br>    Ali S. Razai<br><br>Attorneys for Defendant<br>PACIFIC CARDIOVASCULAR ASSOCIATES MEDICAL GROUP, INC. |

15650030
062013

-3-